# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AFM MATTRESS COMPANY, LLC.,[1] | ) |
| | ) Case No. 25-11288 (MFW) |
| Debtor. | ) |
| | ) Related to Docket No. ____ |

**ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS
*NUNC PRO TUNC* TO THE PETITION DATE AND GRANTING RELATED RELIEF**

Upon the motion (the "*Motion*")[2] of the above-captioned debtor and debtor-in-possession pursuant to Bankruptcy Code section 365, seeking entry of an order authorizing the Debtor to reject the executory contracts listed on <u>Exhibit 1</u> hereto, effective *nunc pro tunc* to the Petition Date; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record herein; and it appearing that the relief requested by the Motion is in the best interest of the Debtor's estate, its creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is GRANTED as set forth herein.

2. The executory contracts listed on <u>Exhibit 1</u> hereto shall be deemed rejected effective *nunc pro tunc* to the Petition Date.

3. Any proofs of claim asserting damages arising from the rejection of the executory contracts listed on <u>Exhibit 1</u> hereto shall be filed on or before the later of (i) the deadline for filing proofs of claim established in these Chapter 11 Cases, and (ii) 30 days after the entry of this Order;

---

[1] The last four digits of the Debtor's federal tax identification number are 2209. The location of the Debtor's corporate headquarters is 1300 Pratt Blvd, Elk Grove Village, IL 60007.

[2] Capitalized terms not defined herein are defined in the Motion.

after which all such claims for rejection damages relating to the executory contracts listed on <u>Exhibit 1</u> hereto shall be barred.

   4.  The Debtor is authorized to take all steps necessary to carry out this Order.

   5.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

**EXHIBIT 1**
**LEASES REJECTED**

| #  | Lease Location                     | Address                                         |
|----|------------------------------------|-------------------------------------------------|
| 1  | Avon, Indiana                      | 10427 E. US Highway 36, Avon, IN 46123          |
| 2  | Carol Stream, Illinois             | 102 S Schmale Rd, Carol Stream, IL 60188        |
| 3  | Castleton, Indianapolis, Indiana   | 4209 E 82nd St, Indianapolis, IN 46250          |
| 4  | Crown Point, Indiana               | 813 N. Superior Dr., Crown Point, IN 46307      |
| 5  | Greenfield, Wisconsin              | 4736 S. 76th St., Greenfield, WI 53220          |
| 6  | Harwood Heights, Illinois          | 4602 N. Harlem Ave., Harwood Heights, IL 60706  |
| 7  | Highland Park, Illinois            | 59 Skokie Valley Rd., Highland Park, IL 60035   |
| 8  | Highland/Schererville, Indiana     | 134 Indianapolis Blvd., Schererville, IN 46375  |
| 9  | Irving Park, Chicago, Illinois     | 4801 W Irving Park Road, Chicago, IL 60641      |
| 10 | Lawrence, Chicago, Illinois        | 2401 W Lawrence Ave, Chicago, IL 60625          |
| 11 | Lincoln, Chicago, Illinois         | 6170 Lincoln Avenue, Chicago, IL 60659          |
| 12 | Naperville, Illinois               | 1044 Route 59, Naperville, IL 60540             |
| 13 | Oak Brook, Illinois                | 1755 W 22nd St. Unit B, Oak Brook, IL 60523     |
| 14 | Oak Lawn, Illinois                 | 5020 W. 95th St., Oak Lawn, IL 60453            |
| 15 | Orland Park, Illinois              | 9392 W. 159th St., Orland Park, IL 60462        |
| 16 | Portage, Indiana                   | 6204 US Highway 6, Portage, IN 46368            |
| 17 | Roosevelt, Chicago, Illinois       | 605 W. Roosevelt Road, Chicago, IL 60607        |
| 18 | Skokie, Illinois                   | 9340 Skokie Blvd., Skokie, IL 60077             |
| 19 | South Elgin, Illinois              | 310 Randall Road, South Elgin, IL 60177         |
| 20 | Wheaton, Illinois                  | 3 Rice Lake Square, Wheaton, IL 60189           |
| 21 | Willow Lake, Indianapolis, Indiana | 1410 W. 86th St, Indianapolis, IN 46260         |