**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AFM MATTRESS COMPANY, LLC.,[1] | ) |
| | ) Case No. 25-11288 (MFW) |
| Debtor. | ) |
| | ) |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING**
**SCHEDULED FOR SEPTEMBER 9, 2025, AT 10:30 A.M. (EDT)**

**THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**

**TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK:**

**https://www.deb.uscourts.gov/ecourt-appearances**

**PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

**MATTERS WITH ORDERS ENTERED:**

1.   Application of The Official Committee of Unsecured Creditors for Entry of An Order Authorizing and Approving the Employment and Retention of Levenfeld Pearlstein LLC as Counsel, Effective July 24, 2025 [Docket No 70; Filed 7/31/2025]

Objection Deadline: August 14, 2025 at 4:00 p.m. (ET)

Objections Received: None

---

[1] The last four digits of the Debtor's federal tax identification number are 2209. The location of the Debtor's corporate headquarters is 1300 Pratt Blvd, Elk Grove Village, IL 60007.

[2] *Amended items appear in bold and italics.*

Related Documents:

A.      Certification of Counsel Regarding Application of The Official Committee of Unsecured Creditors for Entry of An Order Authorizing and Approving the Employment and Retention of Levenfeld Pearlstein LLC as Counsel, Effective July 24, 2025 [Docket No. 101; Filed 8/15/2025].

B.      Order Authorizing the Employment and Retention of Levenfeld Pearlstein LLC as Counsel to the Official Committee of Unsecured Creditors, Effective as of July 24, 2025 [Docket No. 104; Entered 8/18/2025].

**Status:** An Order has been entered. This matter is resolved.

2.      Application of The Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Cozen O'Connor as Its Counsel, Effective as of July 25, 2025 [Docket No 71; Filed 7/31/2025]

Objection Deadline: August 14, 2025 at 4:00 p.m. (ET)

Objections Received: None

Related Documents:

A.      Certification of Counsel Regarding Application of The Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Cozen O'Connor as Its Counsel, Effective as of July 25, 2025 [Docket No. 102; Filed 8/15/2025].

B.      Order Authorizing the Employment and Retention of Cozen O'Connor as Attorneys for the Official Committee of Unsecured Creditors of AFM Mattress Company, LLC, Effective as of July 25, 2025 [Docket No. 105; Entered 8/18/2025].

**Status:** An Order has been entered. This matter is resolved.

3.      Debtor's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No 82; Filed 8/3/2025]

Objection Deadline: August 18, 2025 at 4:00 p.m. (ET)

Objections Received: None

Related Documents:

A.      Certification of No Objection Regarding Debtor's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 107; Filed 8/19/2025].

B.      Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 108; Entered 8/20/2025].

**Status:** An Order has been entered. This matter is resolved.

**MATTERS GOING FORWARD:**

4.  Emergency Motion pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) For Related Relief [Docket No. 7; Filed 7/7/2025].

Objection Deadline: July 28, 2025 at 4:00 p.m. (ET) (extended to July 30, 2025 as to the Committee and extended to September 8, 2025 for Pontiac Bank)

Objections Received:

A.  Limited Objection of DF Oak Park, LLC to Debtor's Emergency Motion pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) For Related Relief [Docket No. 46; Filed 7/28/2025].

B.  Limited Objection of Serta Simmons Bedding, LLC to Debtor's Emergency Motion pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) For Related Relief [Docket No. 48; Filed 7/28/2025].

C.  Limited Objection of Valparaiso II, LLC to Emergency Motion pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) For Related Relief [Docket No. 49; Filed 7/28/2025].

D.  LP Holdings 1953 LLC's Response, Joinder, and Reservation of Rights in Connection With the Emergency Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) for Related Relief [Docket No. 57; Filed 7/30/2025]

E.  Omnibus Limited Objection of The Official Committee of Unsecured Creditors to Debtor's First Day Motions and Reservation Of Rights [Docket No. 58; Filed 7/30/2025]

F.  Supplemental Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to Debtor's Emergency Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) for Related Relief [Docket No. 106; Filed 8/18/2025]

G.  Supplemental Limited Objection and Reservation of Rights of Serta Simmons Bedding, LLC to Debtor's Emergency Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders:

(1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) for Related Relief [Docket No. 115; Filed 8/26/2025]

H.     ***Limited Objection and Reservation of Rights to Debtor's Emergency Motion Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) for Related Relief (Filed by Pontiac Bank) [Docket No. 124; Filed 9/8/2025]***

Related Documents:

A.     Interim Order: (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Hearing; and (3) For Related Relief [Docket No. 28; Entered 7/8/2025].

B.     Second Interim Order Authorizing Use of Cash Collateral; Scheduling Final Hearing; and Related Relief [Docket No. 92; Entered 8/5/2025]

C.     ***Notice of Filing of Proposed Final Order Authorizing Use of Cash Collateral and Granting Related Relief [Docket No. 127; Filed 9/8/2025]***

**Status:** The Debtor has been working with Pontiac Bank and the Committee regarding language in the final order and expects to reach an agreement prior to the hearing.  This matter is going forward on a final basis.

5.     Application of Debtor Pursuant to 11 U.S.C. § 327(a) for Entry of an Order Approving the Employment and Retention of Goldstein & McClintock LLLP as the Debtor's Counsel, *Nunc Pro Tunc* to the Petition Date [Docket No. 79; Filed 8/3/2025].

Objection Deadline: August 18, 2025 at 4:00 p.m. (ET) (extended to August 25, 2025 for the United States Trustee)

Objections Received: None.

Related Documents:

A.     ***Certification of Counsel with Respect to Application of Debtor Pursuant to 11 U.S.C. § 327(a) for Entry of an Order Approving the Employment and Retention of Goldstein & McClintock LLLP as the Debtor's Counsel, Nunc Pro Tunc to the Petition Date [Docket No. 125; Filed 9/8/2025].***

**Status:** The Debtor received comments to the proposed form of order from the United States Trustee and the Committee, and ***filed*** a revised form of order to incorporate those changes under certification of counsel prior to the hearing. This matter is going forward ***to the extent that the Court has questions***.

6.     Application of Debtor Pursuant to 11 U.S.C. § 327(a) for Entry of an Order Approving the Employment and Retention of Kreshmore Group as the Debtor's Financial Advisor, *Nunc Pro Tunc* to the Petition Date [Docket No. 80; Filed 8/3/2025].

Objection Deadline: August 18, 2025 at 4:00 p.m. (ET) (extended to August 25, 2025 for the Committee and the U.S. Trustee)

Objections Received:

A.  Objection of the U.S. Trustee to Application for Order Authorizing Employment and Retention of Kreshmore as Financial Advisor to the Debtor [Docket No. 110; Filed 8/25/2025].

B.  Objection of the Official Committee of Unsecured Creditors to Application of Debtor Pursuant to 11 U.S.C. § 327(a) for Entry of an Order Approving the Employment and Retention of Kreshmore Group as the Debtor's Financial Advisor, Nunc Pro Tunc to the Petition Date [Docket No. 114; Filed 8/25/2025].

Related Documents:

A.  Amended Declaration of David Wabick Sr. in Support of Application for Order Authorizing the Employment and Retention of Kreshmore Group as the Debtors Financial Advisor, *Nunc Pro Tunc* to the Petition Date [Docket No. 109; Filed 8/22/2025]

**Status:** This matter is going forward.

7.  Motion for Order Authorizing Rejection of Certain Executory Contracts Nunc Pro Tunc to the Petition Date, and Granting Related Relief [Docket No. 81; Filed 8/3/2025].

Objection Deadline: August 18, 2025 at 4:00 p.m. (ET)

Objections Received:

A.  National Shopping Plazas, Inc.'s Limited Objection to Debtor's Motion to Reject Leases [Docket No. 103; Filed 8/18/2025].

Related Documents:

*A.  Certification of Counsel with Respect to Order Authorizing Rejection of Certain Executory Contracts Nunc Pro Tunc to the Petition Date, and Granting Related Relief [Docket No. 126; Filed 9/8/2025].*

**Status:** The Debtor received comments from one other landlord and has agreed to language regarding the treatment of that landlord's lease and the issues raised in the National Shopping Plaza Inc. Objection.  The Debtor **filed** a revised form of order under certification of counsel. This matter is going forward ***to the extent that the Court has questions***.

8.  ***Application of DF Oak Park, LLC for Allowance and Payment of Postpetition Rent as an Administrative Expense Claim [Docket No. 90; Filed 8/5/2025].***

***Objection Deadline: August 19, 2025 at 4:00 p.m. (ET)***

***Objections Received: None.***

***Related Documents: None.***

<u>***Status***</u>***: The Debtor and the Movant have agreed to a resolution of the Motion, which will be documented by changes to the proposed form of order, to be filed after the hearing. This matter is going forward.***

Dated: September 8, 2025

Respectfully submitted,

**GOLDSTEIN & MCCLINTOCK, LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (DE Bar No. 3320)
Aaron R. Harburg (DE Bar No. 7207)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com
aaronh@goldmclaw.com

-and-

Jeffrey Dan, Esq. (admitted *pro hac vice*)
Matthew E. McClintock, Esq. (admitted *pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
jeffd@goldmclaw.com
mattm@goldmclaw.com

*Counsel for the Debtor and Debtor-in-Possession*